# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

159022

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

  SC: 159022
  COA: 344682
  Oakland CC: 2015-253430-FH

DAVID JOHN BERNARD,
   Defendant-Appellant.
_____/

   On order of the Court, the application for leave to appeal the November 26, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



Clerk

b0408